**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| NATIONSBENEFITS, LLC<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY INFORMATION SERVICES, LLC, JAMES BATTS, PAUL BOEMER, KIM BYNAN, SARA FREEMAN, AND KEVIN KOLLAR,<br><br>Defendants. | Case No. 3:26-cv-01579-JEP-PDB |

**UNOPPOSED MOTION FOR SPECIAL**
**ADMISSION OF AARON ROBERT LINES**

I, Aaron Robert Lines move for special admission to represent Fidelity Information Services, LLC, James Batts, Paul Boemer, Kim Bynan, Sara Freeman, and Kevin Kollar, collectively "Defendants" in this action.

1. I am neither a Florida resident nor a member of The Florida bar.

2. I am a member in good standing of the bars of the following courts:

   a) Texas;

3. I have not abused the privilege of special admission by maintaining a regular law practice in Florida.

4. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: None.

5. I will comply with the federal rules and this Court's local rules.

6. I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

7. I have paid the fee for special admission or will pay the fee upon special admission.

8. I will register with the Court's CM/ECF system.

9. I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct

myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

**Local Rule 3.01 (g) Certification**

I have conferred with the opposing party and represent the opposing party consents to my special admission.

Baker McKenzie LLP

/s/ Aaron Robert Lines
Aaron Robert Lines
Aaron.lines@bakermckenzie.com
Texas State Bar No. 24125140
1900 North Pearl, Suite 1500
Dallas, TX 75201
Telephone: +1 214 978 3017
Facsimile: +1 214 978 3099

Dated: September 9, 2026

Respectfully submitted,

**McGuireWoods LLP**

*/s/ R. Eric Bilik*
R. Eric Bilik (Lead Counsel)
FL Bar No. 0987840
Kimberly T. Mydock
Florida Bar No. 0100571
50 North Laura Street, Suite 3300
Jacksonville, Florida 32202
(904) 798-3200
(904) 798-3207 (fax)
ebilik@mcguirewoods.com
kmydock@mcguirewoods.com
flservice@mcguirewoods.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 9, 2026, a true copy of the foregoing was filed with the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Tara MacNeill
Quinn Emanuel Urquhart & Sullivan LLP
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
taramacneill@quinnemanuel.com

Marc-Andre Olivier Cyr
Renita Sharma
Richard Corey Worcester
Todd Beattie
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, NY 10016
marcandrecyr@quinnemanuel.com
renitasharma@quinnemanuel.com
coreyworcester@quinnemanuel.com
toddbeattie@quinnemanuel.com
*Attorneys for Plaintiff*

*/s/ R. Eric Bilik*
Attorney